FILED

APR 16 2019

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA )
) Case No. 1:19cr24
)
vs. )
) Violations: 21 U.S.C. 843(a)(3)
CHAD H. POAGE, D.O., )
)
Defendant. )

## INFORMATION

The UNITED STATES DEPARTMENT OF JUSTICE charges that:

### COUNT ONE

(Obtaining Controlled Substances by Fraud)

On or about March 5, 2018, in Monongalia County, in the Northern District of West Virginia, defendant, **CHAD H. POAGE, D.O.**, did knowingly and intentionally acquire and obtain acetaminophen-codeine #3, a Schedule III controlled substance, by misrepresentation, fraud, deception and subterfuge, as demonstrated by the following:

1. On or about March 5, 2018, defendant knowingly and intentionally prepared a prescription for 50 tablets of acetaminophen-codeine #3, a Schedule III controlled substance, for R.K. (initials), using his own DEA registration number.

2. On or about March 5, 2018, when picking up the acetaminophen-codeine #3 from Pharmacy 1 in Morgantown, West Virginia, defendant presented a driver's license belonging to J.W. (initials).

3. At the time he prepared the fraudulent prescription, defendant knew the prescription was false, and further intended to obtain the acetaminophen-codeine #3 for his own

consumption even though there was no valid medical purpose for such use or consumption by defendant.

IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTION 843(a)(3).

_____
WILLIAM J. POWELL
UNITED STATES ATTORNEY

Sarah Wagner
Assistant United States Attorney


PATRICK MOTT
United States Department of Justice
Criminal Division, Fraud Section
Assistant Chief, Health Care Fraud


JOSEPH BEEMSTERBOER
United States Department of Justice
Criminal Division, Fraud Section
Deputy Chief, Health Care Fraud